EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. _____ |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| v. | ) | [21 U.S.C. § 846; 21 U.S.C. |
| | ) | §860; 841] |
| PATRICK NAKAYAMA (01), | ) | |
| KEN NAKAYAMA      (02), | ) | |
| | ) | |
| Defendants. | ) | |

CR02-00016 SOM

INDICTMENT

COUNT 1

The grand jury charges that:

On or about March 27, 2001, in the District of Hawaii, defendants PATRICK NAKAYAMA and KEN NAKAYAMA did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, approximately 54.7

grams, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 860, in and on, or within 1,000 feet of the real property comprising Brigham Young University, which is a private college or university, in further violation of Title 21, United States Code, Section 860.

All in violation of 21 U.S.C. §860.

## COUNT 2

The Grand Jury further charges:

On or about February 14, 2001, in the District of Hawaii, defendant PATRICK NAKAYAMA, did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers and salts of its isomers, approximately 27.6 grams, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of 21 U.S.C.§841(a)(1).

## COUNT 3

The Grand Jury further charges:

From a date unknown, but from at least February, 2001, to March 27, 2001, in the District of Hawaii, the defendants, PATRICK NAKAYAMA AND KEN NAKAYAMA did conspire together and with each other and other persons unknown to the Grand Jury, to

knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, approximately 54.7 grams, a Schedule II controlled substance, in violation of 21 U.S.C.§841(a)(1).

OVERT ACTS

In furtherance of and in order to accomplish the objects of this conspiracy, the defendants and their co-conspirators performed overt acts in the District of Hawaii, including but not limited to, the following:

1. On or about March 27, 2001, Patrick Nakayama discussed the purchase of two ounces of crystal methamphetamine with an individual.

2. On or about March 27, 2001, defendant Ken Nakayama met with the individual in the weight room at Brigham Young University and provided the individual with 54.7 grams of crystal methamphetamine in exchange for $3,000.

3. On or about March 27, 2001, defendant Patrick Nakayama discussed payment for the remainder of the drugs

delivered by defendant Ken Nakayama with the individual.

All in violation of 21 U.S.C. §846.

DATED: 1/09/02 , at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. Patrick Nakayama, et al.
Cr. No. _____
"Indictment"

4